# EXHIBIT B

SUBSCRIBE

**NEWSGEEK**

# 'Fortnite' Map Update Adds Coral Castle, But Don't Call It Atlantis

BY **CHRISTOPHER GROUX** ON 8/1/20 AT 9:38 AM EDT



SUBSCRIBE

**F**ortnite's water levels dropped again early Saturday morning, and this time the changes gave way to some pretty big reveals. Atlantis has finally arrived in Battle Royale, but it doesn't have a name that most YouTubers were expecting.

Those who boot up Battle Royale this morning will find there's a new greyed out section on their map, north of Sweaty Sands. Land there, and you'll be introduced to Coral Castle. It certainly bears a striking resemblance to classic imagery of Atlantis, but, in true *Fortnite* fashion, this incarnation has a totally unique name.



'Fortnite's' Coral Castle has been revealed, and it's not Atlantis. It's located north of Sweaty Sands. 'Fortnite' is available on PS4, Xbox One, Switch, PC and mobile.
EPIC GAMES

ADVERTISEMENT

Case 1:20-cv-23381-UU   Document 1-2   Entered on FLSD Docket 09/14/2020   Page 4 of 22

The main feature of the PoI is this castle with fish statues adorning its entrance. It's got a couple floors, some spots for Chests and water flooding below. It's just a bunch of aquatic ruins with not much more to see. That may change, however, as water levels drop further.



Coral Castle has fish statues adorning its entrance.
EPIC GAMES

Outside the castle, players will find large waterfalls on the location's borders and massive chunks of coral that stick out from the ground in the surrounding ocean.

SUBSCRIBE

they may offer just enough height to give you a spot advantage against an unskilled opponent.

ADVERTISEMENT



Outside the castle is a beautiful landscape of waterfalls and coral.
EPIC GAMES

SUBSCRIBE

Chests inside, but there are a couple surprises to take note of. One of these stone shacks houses yet another fish sculpture just like the others seen in front of the castle.

Read more

33K

What do you think of the latest Summer event in Overwatch?

◯ I really liked it

◯ I somewhat like it

◯ I don't like it

◯ I really don't like it

Powered by

ADVERTISEMENT



These statues are everywhere.
EPIC GAMES

Far more interesting, though, are these conch shells. When blown, they play a basic scale of musical notes. These will almost assuredly be used as challenge fodder in the coming weeks, or maybe there's another secret about them that Battle Royale enthusiasts have yet to discover. Regardless of how they end up being used, this spot is well worth checking out.

SUBSCRIBE



Toot these conch shells to get a musical surprise.
EPIC GAMES

*Fortnite*'s faithful had been discussing an Atlantis PoI for quite some time now, and, on most accounts, Coral Castle delivers on those expectations. Still, there are some previously established rumors about the location that remain unproven. For one, Aquaman doesn't yet appear to be a boss in this domain. Still more frustrating is that this water level drop hasn't introduced drivable cars to the game either. Epic has said that cars would be a few weeks from release, but we were still hoping for a surprise nonetheless.

All in all, Coral Castle is pretty cool, but it won't totally alter the way you play *Fortnite*. If you'd like to take a tour yourself, hop into a Battle Lab and enjoy the scenery without being attacked.

ADVERTISEMENT

SUBSCRIBE

*Fortnite* is available now on PS4, Xbox One, Switch, PC and mobile.

What do you think of Coral Castle's debut in *Fortnite*? Were you expecting more from the Atlantis-themed PoI? Tell us in the comments section!

REQUEST REPRINT & LICENSING, SUBMIT CORRECTION OR VIEW EDITORIAL GUIDELINES

SPONSORED CONTENT

by 



### 1 Cup (Before Bed) Burns Belly Fat Like Crazy! (Genius)

This secret 2-minute weight loss technique might change your life forever!

HEALTH ZONE

SUBSCRIBE





**A New Legal Steroid Is Putting Muscle On Men Quickly**

EMPOWERED BOOST

**1 Simple Trick To Reverse Thinning Hair (Ingenious)**

FOLLIBOOST

**Painful Neuropathy? Try This (It's Genius)**



**No Prescription Needed And It's Stronger Than Adderall!**

SUBSCRIBE



MIND TECH





**Drink 1 Glass In The Morning -
Lose 1Lb Of Belly Fat Per Day**

WEIGHTLOSSEXPOSE.COM

**Suffer From Neuropathy? Try
This Immediately**

**74 Year Old Grandma
Shocks Doctors:
Forget Botox, Do This**

SUBSCRIBE



PRACHE

## Popular in the Community

AdChoices ▷                    Sponsored

SUBSCRIBE

THE DEBATE



**Religious Freedom Is Under Attack Like Never Before**
BY **KELLY SHACKELFORD**

VS

**Preserve Our Traditions of Religious Freedom and Church-State Separation**
BY **MELISSA ROGERS**



SUBSCRIBE

OPINION



### China Threatens Bold Grab for Japanese Territory This Month. Who's Next?
BY GORDON G. CHANG



### Why Greed Is Good for Business — Even During a Pandemic!
BY HANK GILMAN



### Giving Equal Coverage to Trump's and Biden's Failings Isn't 'Balance'
BY BRETT WILLIAMSON



### The New COVID-19 First Responders? School Nurses
BY DARA KASS AND ROBIN COGAN



### With Trump's Iran Envoy Out, Change Is Needed
BY DANIEL R. DEPETRIS



### Why Can't We Join Forces on All Diseases Like We Do on Coronavirus?
BY ANNETTE BAKKER



## START YOUR DAY WITH OUR TOP 5 ARTICLES

Email address

SUBSCRIBE

## LATEST NEWS

**Bridges Raised, Roads Closed in Chicago After Rioting, Looting Breaks Out**

**Chicago Photos and Videos Show Widespread Looting After Police Shooting**

**These 6 States Saw Highest Rise in Child COVID Cases During Late July Spike**

**Florida Woman Finds Slithering Python in Washing Machine**

**5 Surprising Revelations from Lifetime's 'Surviving Jeffrey Epstein'**

**HHS Secretary Azar Says China Hiding COVID-19 Origins Amid Taiwan Visit**

**Antonio Banderas Reveals He Has Coronavirus on 60th Birthday**

## EDITOR'S PICK



SUBSCRIBE

"Trump announced that if he is re-elected he will permanently defund Social Security," Senator Bernie Sanders warned.



**U.S.**

## Voters in PA, WI Say Biden Would Handle COVID Better Than Trump: Poll

The polling showed that about three-quarter of voters in the swing states believe things are currently going badly in the U.S.

SUBSCRIBE



**U.S.**

## Trump's Executive COVID Orders Draw Mixed Reactions From GOP Lawmakers

"President Trump does not have the power to unilaterally rewrite the payroll tax law," GOP Senator Ben Sasse said.

SUBSCRIBE



**WORLD**

## Lebanese Protesters Hang Effigies of Political Leaders Following Port Blast

"Hang the nooses," angry Lebanese wrote on social media and protest signs.

## CHOOSE YOUR SUBSCRIPTION

### PREMIUM

Newsweek magazine delivered to your door
Unlimited access to Newsweek.com
Ad free Newsweek.com experience
iOS and Android app access
Personalized daily newsletter

SUBSCRIBE

### DIGITAL+

SUBSCRIBE

iOS and Android app access
Personalized daily newsletter

**GET YOUR FREE TRIAL**

**NEWSLETTER**

# THE STARTING 5

See why nearly a quarter of a million subscribers begin their day with the Starting 5.

Email address



© 2020 NEWSWEEK

**Editions:**    U.S. Edition    日本    Pakistan    Polska    România

About Us    Corrections    Contact Us    Editorial Guidelines    Advertise    Copyright    Terms & Conditions

Privacy Policy    Cookie Policy    Terms of Sale    Archive    Announcements    Consent preferences



By Gabe Gurwin on August 8, 2020 at 7:55AM PDT                    💬 2 Comments



**GameSpot Report & Deals Newsletters**

Get the latest gaming news, reviews, and deals sent to your inbox, FREE!

| ✉ Email Address |
|---|

| Sign Up |
|---|

By signing up to receive newsletters, you agree to the CBS Terms of Use and acknowledge the data practices in our Privacy Policy. You may unsubscribe at any time.



Fortnite's battle royale map got a big overhaul at the start of the season due to "The Device" event causing a massive flood, and it has continued evolving ever since. In its latest update, Epic Games added an area previously hidden underwater, and it appears to essentially be the lost city of Atlantis. Because it has to fit on the larger battle royale map, however, don't expect an enormous city. Still, it's a very neat addition.

Technically, this area is called Coral Castle, and it is located north of the Sweaty Sands area. Previously covered with water from the flood, it has receded enough to show off a glorious and very small hidden city. The centerpiece here is a breathtaking castle, as you can see in the video below. There are plenty of points for cover in the castle, making it ideal for defending against multiple enemies late in a match.

**Where to find the new Atlantis/Coral Castle POI in Fortnite**



From the video, it appears the castle was originally called "Carl." This is almost certainly a reference to the popular Walking Dead meme.

Coral Castle is just the latest Aquaman-themed content to come to Fortnite. This season has featured Aquaman's trident and themed challenges, as well as a chance to get a skin based on Jason Momoa's version of the character from the films. The most recent challenges task you with collecting stone at Rapid's Rest and finding balls of yarn at Catty Corner. We can only assume Coral Castle challenges will involve making bad dad jokes or finding fish.

**Fortnite News**

Fortnite: Catch A Weapon At Stack Shack Guide

Fortnite: Gas Up A Vehicle At Catty Corner Guide

Fortnite: Where To Claim Trident At Coral Cove - Aquaman Challenge Guide

Fortnite Gorgeous Gorge Waterfall Location: Where To Dive With Aquaman's Outfit

How To Get Aquaman In Fortnite -- The New Skins Aren't Available Yet

🏷 **Filed under:**   Fortnite   PlayStation 4   Xbox One   Nintendo Switch   PC



Fortnite
+ Follow

$22.00 on Walmart     [Buy]

GameSpot may get a commission from retail offers.

*Got a news tip or want to contact us directly? Email* **news@gamespot.com**

👍 **Upvote (3)**    💬 **View Comments (2)**



© 2020 CBS Interactive Inc. All rights reserved.

Privacy Policy    Ad Choice    Terms of Use    Help    Advertise    Partnerships    Careers
CA Privacy/Info We Collect    CA Do Not Sell My Info

