UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-23381-CV-UNGARO

CORAL CASTLE, INC.,

    Plaintiff,
v.

EPIC GAMES, INC.,

    Defendant.
    _____/

## STANDING ORDER ON ZOOM AND OTHER VIDEO-CONFERENCE HEARINGS

THIS CAUSE is before the Court *sua sponte*. The Court has considered the pertinent portions of the record and is otherwise fully advised in the premises.

In light of the COVID-19 pandemic, the Court may, from time to time, conduct hearings via Zoom and other similar technologies. The Court hereby instructs the parties and their counsel on its standing requirements for such hearings. It is

ORDERED AND ADJUDGED as follows:

1. No person "attending" a Zoom or other teleconferenced hearing (other than the official Court reporter) may record the audio or video of the proceeding. Violations of the prohibition on recording will be punished by contempt or other sanctions.

2. Before a Zoom hearing, all counsel *must* have taken steps to ensure competent utilization of Zoom, including by completing the following Zoom tutorials:

    a. Joining a meeting: https://support.zoom.us/hc/en-us/articles/201362193-How-Do-I-Join-A-Meeting-

    b. Testing computer or device audio and video: https://support.zoom.us/hc/en-us/articles/201362283-How-Do-I-Join-or-Test-My-Computer-Audio- and https://support.zoom.us/hc/en-us/articles/201362313-How-Do-I-Test-My-Video-

    c. Sharing your screen in a meeting: https://support.zoom.us/hc/en-us/articles/201362153-How-Do-I-Share-My-Screen-

    d. Sharing multiple screens simultaneously: https://support.zoom.us/hc/en-us/articles/115000424286-Sharing-Multiple-Screens-Simultaneously

3. If the Zoom hearing is an evidentiary hearing, counsel shall ensure that any testifying parties and witnesses also watch the Zoom tutorials above.

4. In all Zoom and similar video-conferenced hearings, all counsel, parties, and witnesses <u>must</u> wear headsets with microphones to ensure the highest possible sound quality.

5. The Court, and all witnesses being questioned about documents, must have access to all documents that will be used at any hearing conducted with video-conference technology. To this end, the parties shall:

    a. Electronically file on the Court's docket, or conventionally file with the Court a flash drive containing, all relevant documents in advance of the hearing; and

    b. Meet-and-confer regarding all relevant documents in advance of the hearing, and either:

        i. Ensure that each witness has copies of the relevant documents in advance of the hearing, or

        ii.    If a Zoom hearing, use the Zoom share function during the hearing to share copies of the documents.

6. It is imperative that all Zoom and similar hearings run as smoothly as possible. Failure to comply with this Order may result in the entry of sanctions, including the exclusion of evidence in the event an exhibit is not readily available to a testifying witness.

DONE AND ORDERED in Chambers at Miami, Florida, this 17th day of August, 2020.

_Ursula Ungaro_
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided: counsel of record

## Courtroom Rules and Procedures due to COVID-19

The following rules are in effect for this courtroom:

1. All persons <u>MUST</u> remain outside the courtroom until the case you are here for is called.

2. All persons above the age of two (2) years old <u>MUST</u> wear a mask.

3. All persons <u>MUST</u> maintain a social distance of six (6) feet from non-household members.

4. If you would like others to attend the proceeding, and because all proceedings are open to the public, please contact the judge's courtroom deputy to obtain additional information on access to the courtroom.

5. Failure to comply with any of these rules may result in the immediate removal from the courtroom.

6. For additional information regarding COVID-19 and the Southern District of Florida, please visit our website at www.flsd.uscourts.gov/coronavirus

7. If during your visit you witness any concerns and/or issues regarding COVID-19, please go to our website at www.flsd.uscourts.gov/coronavirus to submit your concerns.