**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:20-cv-23381-UU

CORAL CASTLE, INC.,

      Plaintiff,

v.

EPIC GAMES, INC.,

      Defendant.

## ORDER RESETTING INITIAL PLANNING AND SCHEDULING CONFERENCE

The Initial Planning and Scheduling Conference is hereby RE-SET to Friday, November 20, 2020, at 10:00 a.m. It is further

ORDERED AND ADJUDGED that the Unopposed Motion to Reschedule the Initial Planning and Scheduling Conference, D.E. 13, is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this _18th__ day of September, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies provided:
Counsel of record via CM/ECF