UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23381-UU

CORAL CASTLE, INC.,

    Plaintiff,

v.

EPIC GAMES, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE is before this Court on Plaintiff's Notice of Voluntary Dismissal, D.E. 28. Accordingly, it is

ORDERED AND ADJUDGED that the action is dismissed with prejudice, including all claims that were or could have been raised in this action. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _7th_ day of January 2021.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc:
Counsel of Record via CM/ECF